**Order entered September 16, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00391-CR**
**No. 05-20-00392-CR**

**NATHANAEL JACE MIXON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F15-42179-N & F16-41127-N**

**ORDER**

The reporter's record was due on July 11, 2020. When it was not filed, we notified court reporter Debi Harris by postcard dated July 16, 2020 and directed her to file the reporter's record by August 17, 2020. To date, the record has not been filed and we have had no further communication from Ms. Harris regarding these appeals.

We **ORDER** court reporter Debi Harris to file the complete reporter's record in these appeals within **TWENTY DAYS OF THE DATE OF THIS ORDER.** We caution Ms. Harris that the failure to do so will result in the Court taking whatever action it deems appropriate to ensure that these appeals proceed in a more timely fashion.

We **DIRECT** the Clerk to send copies of this order to the Honorable Hector Garza, Presiding Judge, 195th Judicial District Court; Debi Harris, court reporter; Velma Lopez, court reporter, 195th Judicial District Court; and to counsel for all parties.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE